UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO GONZALEZ, et al.,
v.
PRO-LINE BOATS, INC., et al.

CASE NUMBER: 98-1462 (DRD)

## ORDER

| MOTION | RULING |
|---|---|
| Date filed: August 27, 1999    Docket #23<br><br>[X] Plff    [X] Deft<br>[ ] Other<br><br>Title: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | APPROVED. The court hereby approves the parties' settlement agreement. Therefore, pursuant to the motion and FED. R. CIV. P. 41(a)(1)(ii) the court hereby DISMISSES all claims by Plaintiffs against Defendants WITH PREJUDICE and without the imposition of costs, expenses or attorneys' fees.<br>IT IS SO ORDERED. |

Date: August 30, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

## JUDGMENT

| MOTION | RULING |
|---|---|
| Date filed: August 27, 1999    Docket #23<br><br>[X] Plff    [X] Deft<br>[ ] Other<br><br>Title: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE | In accordance with the Order of this same date, the Court hereby enters judgment DISMISSING this action against Defendants WITH PREJUDICE and without imposition of costs, expenses or attorneys' fees. The Court shall retain jurisdiction to assure compliance with settlement obligations by the parties.<br>IT IS SO ADJUDGED AND DECREED. |

Date: August 30, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\98-1462 DIS

Rec'd:          EOD:

By: